**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:09cr00007-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CLINTON D. EVANS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on February 15, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release.  The defendant was present and represented by Attorney Debra Migdal.

The violation report was referred to Magistrate Judge Nancy Vecchiarelli to conduct appropriate proceedings and for the issuance of a Report and Recommendation.  The Report and Recommendation [Doc. 60] was issued on January 28, 2013, and no objection were filed.

The Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

      1) 3 new law violation;

      2) failure to report arrests.

The Court found the most serious violation to be a Grade C and defendant's Criminal History Category to be III.  Defendant was committed to the Bureau of Prisons for a period of 9 months and granted credit for time served in federal custody on the instant violations.  Upon release

from incarceration defendant's period of supervised release shall terminate.

      The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: February 15, 2013                        *s/  James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE